**MORGAN, LEWIS & BOCKIUS LLP**
**(A Pennsylvania Limited Liability Partnership)**
**502 Carnegie Center**
**Princeton, NJ 08540**
**(609) 919-6609/6656**
**Richard G. Rosenblatt**
**Valerie E. Manos**
**Attorneys for Defendant Cognizant**
**Technology Solutions Corporation**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VASSILIKI KOUKOUTAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COGNIZANT TECHNOLOGY<br>SOLUTIONS, INC. a corporation,<br><br>　　　　Defendants. | **Civil Docket No. 2:11-cv-03091-SDW-MCA**<br><br>**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**<br><br>**Document Filed Electronically** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification and recusal, the undersigned counsel of record for Defendant Cognizant Technology Solutions Corporation (incorrectly named in the complaint as "Cognizant Technology Solutions, Inc.") states that Cognizant Technology Solutions Corporation is a publicly traded company which has no parent corporation, and there are no publicly held corporations that own 10% or more of its stock.

　　　　　　　　　　　　　　　　　　**MORGAN, LEWIS & BOCKIUS LLP**
　　　　　　　　　　　　　　　　　　Attorneys for Defendant Cognizant Technology
　　　　　　　　　　　　　　　　　　Solutions Corporation

　　　　　　　　　　　　　　　　　　/s/  Valerie E. Manos
　　　　　　　　　　　　　　　　　　Richard G. Rosenblatt
　　　　　　　　　　　　　　　　　　Valerie E. Manos

Dated:  June 1, 2011

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Defendant's Rule 7.1 Disclosure Statement was served this 1st day of June, 2011, via the Court's Electronic Case Filing ("ECF") system and First Class Mail upon the following:

>Alan Krumholz
>Krumholz Dillon, P.A.
>574 Summit Ave., Suite 402
>Jersey City, NJ 07306
>*Counsel for Plaintiff*

>s/ Valerie E. Manos
>   Valerie E. Manos